UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

KYRESHA COLEMAN as Special Administrator )
Of the Estate of KYLON COLLINS, deceased; and )
KYRESHA COLLINS, Individually, )
)
          Plaintiffs, )
)
v. ) No. 17 CV 2180
)
INGALLS MEMORIAL HOSPITAL, )
d/b/a INGALLS FAMILY CARE CENTER )
et al., )
          Defendants. )

**NOTICE TO VOLUNTARILY DISMISS
DEFENDANT, UNITED STATES OF AMERICA**

NOW COMES the Plaintiff, KYRESHA COLEMAN, as Special Administrator of the Estate of KYLON COLLINS, deceased, by and through her attorneys, POWER ROGERS & SMITH, LLP and moves this Honorable Court for the entry of an Order to voluntarily dismiss Defendant, United States of America, pursuant to Rule 41(a)(1)(A)(i). In support hereof, Plaintiff states as follows:

1. On December 9, 2016 Plaintiff filed her complaint at law alleging medical negligence in the death of Kryesha Coleman's fetus/child, Kylon Collins.

2. On or about Friday March 17, 2017 Plaintiff's counsel became aware that Access Community Health Network is a federal clinic who employs, Arlette Brown, M.D. (see Exhibit A).

3. Upon reviewing an affidavit prepared by defendant, Arlette Brown, M.D., acknowledging that she in fact treated the Plaintiff but not in her capacity as an employee of Access Community Health Network, Plaintiff's counsel in reliance upon said affidavit and

1

communications from counsel was prepared to dismiss Access Community Health Network pursuant to 735 ILCS 5/1010 for non-involvement in the incident at issue.

4. On following Monday, March 20, 2017 defendant, United States of America, on behalf of the federally funded Access Community Health Network, filed a Motion for Removal.

5. Plaintiff hereby requests in reliance upon the affidavit of Dr. Arlette Brown and counsel, the dismissal of the United States of America, on behalf of Access Community Health Network, as a party defendant in the above-referenced matter.

By:   /s/ Larry R. Rogers, Jr.

Attorneys for Plaintiff
Larry R. Rogers, Jr. (#6220743)
POWER ROGERS & SMITH, LLP
70 West Madison Street, 55th Floor
Chicago, Illinois 60602-4212
Telephone: 312/236-9381