County of Cook )
) ss.
State of Illinois )

## Sworn Statement of Arlette Brown, M.D.

I, Arlette Brown, M.D., being first duly sworn, depose and state that I am over 18 years of age and competent to testify as follows:

1. I am a medical doctor licensed to practice in the State of Illinois.

2. I have reviewed the complaint filed in the lawsuit captioned *Kyresha Coleman, as Special Administrator of the Estate of Kylon Collins, deceased et al. v. Ingalls Memorial Hospital, et al.*, No. 2016 L 012028 (Circuit Court of Cook County, IL) (the "Coleman Litigation").

3. I am named as a Defendant in the Coleman Litigation. In addition, in the Coleman Litigation, it is alleged that in December 2014, when I encountered the subject patient, Kyresha Coleman, I was as an agent or employee of Access Community Health Network ("ACCESS") and/or an agent or employee of Metro South Medical Center ("METRO SOUTH") and/or an agent or employee of Affiliated Physicians Group LLC ("AFFILIATED").

4. As alleged in the Coleman Litigation, my encounter with the subject patient, Kyresha Coleman, was on December 3 to 4, 2014.

5. In December 2014, I was employed by both ACCESS and by METRO SOUTH. To the best of my knowledge, I was not an employee of AFFILIATED.

6. On December 3 to 4, 2014, I encountered patient Kyresha Coleman in the hospital at METRO SOUTH as one of METRO SOUTH's employed physicians. At the time of this encounter with patient Kyresha Coleman, I was acting solely as an employee of METRO SOUTH and was acting within the scope of my employment with METRO SOUTH.

7. At the time of my encounter with patient Kyresha Coleman on December 3 to 4, 2014, I was and not acting as an employee or agent of ACCESS.

8. In December 2014, Kyresha Coleman was not an ACCESS patient.

9. **Verification by Certification.** Under penalties provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct, except as to matters stated to be on information and belief and as to such matters I believe the same to be true.

Arlette Brown, M.D.

*/s/ Arlette Brown, M.D.*

Dated: February 4, 2017

**EXHIBIT A**

LAW OFFICES OF
# GLAVIN & ASSOCIATES, LTD.
120 NORTH LASALLE STREET
SUITE 950
CHICAGO, ILLINOIS 60602

TELEPHONE: (312) 201-1310
FACSIMILE: (312) 201-1352

WWW.GLAVINASSOCIATES.COM

P. MATTHEW GLAVIN
PMGLAVIN@GLAVINASSOCIATES.COM

March 13, 2017

Larry Rogers, Jr.
Power Rogers & Smith, P.C.
70 West Madison
Suite 5500
Chicago, IL 60602

   Re: *Kyresha Coleman, Special Admin Estate of Kylon Collins v Ingalls Memorial Hospital*, **No. 2016 L 12028**

Dear Larry:

  Per our telephone conversation and email exchange (enclosed), please let me know if you decide to voluntarily dismiss ACCESS Community Health Network. In the meantime, enclosed is our motion to extend, which the Department of Health and Human Services requested that I file.

Very truly yours,

P. Matthew Glavin

PMG/me
Enclosures

RECEIVED
MAR 17 2017
POWER ROGERS & SMITH, P.C.