UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Kyresha Coleman
                       Plaintiff,

v.                                                     Case No.: 1:17–cv–02180
                                                             Honorable Elaine E. Bucklo

Ingalls Memorial Hospital, et al.
                             Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 4, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: A notice of voluntary dismissal has been filed. Defendant, United States of America is dismissed pursuant to FRCP 41(a)(1). United States' motion to dismiss for failure to exhaust administrative remedies [6] is terminated. No appearance required on 4/5/2018. Scheduling conference set for 5/19/2017 at 9:30 a.m. Parties' Rule 26(f) planning report due 5/16/2017. The form of the report can be found on Judge Bucklo's page at www.ilnd.uscourts.gov. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.