## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Kyresha Coleman | ) | Case No: 17 C 2180 |
|  | ) |  |
| v. | ) | Judge: Elaine E. Bucklo |
|  | ) |  |
| Ingalls Memorial Hospital et al | ) |  |
|  | ) |  |

### ORDER

Ruling on motion hearing held. Plaintiff's motion for remand [14] is granted. The clerk shall remand this case forthwith to the Circuit Court of Cook County, Illinois. Civil case closed. Scheduling conference set for 5/19/17 is vacated.

(T:) 00:05

Date: 4/19/17                                                                                  /s/ Judge Elaine E. Bucklo